An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANASTACIO DIAZ, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62292



FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order revoking appellant Anastacio Diaz, Jr.'s probation and a second amended judgment of conviction. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.[1]

Diaz contends that the district court abused its discretion by revoking his probation because the facts established during the revocation proceeding did not warrant revocation. At the revocation proceeding, the district court heard testimony that Diaz's SCRAM bracelet alerted to the consumption of alcohol in violation of a condition of his probation. The district court rejected Diaz's claim that he unknowingly ingested alcohol when taking cough medication and concluded that revocation was warranted because the instant violation, his first violation, and the underlying crime were all alcohol-related. The district court has broad discretion in deciding to whether to revoke probation, and we conclude that it did not abuse that discretion here where sufficient facts were

---

[1]The revocation proceeding was presided over by Senior Judge Kathy Hardcastle.

13-27911

presented to conclude that Diaz's conduct was not as good as required by the conditions of his probation. *See* NRS 176A.630(1); *Lewis v. State*, 90 Nev. 436, 438, 529 P.2d 796, 797 (1974). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:   Hon. Carolyn Ellsworth, District Judge
       Hon. Kathy Hardcastle, Senior Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk